**Joseph SLOVINEC, Appellant**

v.

**AMERICAN UNIVERSITY, Appellee.**

**No. 05–7090.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 29, 2005.

Rehearing Denied April 13, 2006.

Joseph Slovinec, Washington, DC, pro se.

Before: GINSBURG, Chief Judge, and RANDOLPH and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed June 29, 2005 be affirmed. The district court properly dismissed the complaint without prejudice because it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Baker v. Director, U.S. Parole Comm'n,* 916 F.2d 725, 727 (D.C.Cir.1990) (*sua sponte* dismissal of complaint for failure to state a claim is proper where it is patently obvious plaintiff could not prevail on the facts alleged).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.